IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT, | No. C 07-00825 CRB |
| Petitioner, | **ORDER DISMISSING HABEAS PETITION** |
| v. | |
| PROBATE COURT JUDGE ROSEMARY PFEIFFER, | |
| Respondent. | |

    Petitioner Shirley V. Remmert brings this habeas corpus petition to challenge the appointment of a conservator for her daughter Eva D. Al-Zaghari, as well as the issuance of a an order preventing Ms. Remmert from visiting her daughter and her grandson.

    Ms. Remmert's petition must be dismissed for failure to state a claim. To bring a petition for habeas corpus, a petitioner must be "in custody." 28 U.S.C. § 2254; see also Maleng v. Cook, 490 U.S. 488, 490-91(1989) (holding that a habeas petitioner must be in custody "under the conviction or sentence under attack at the time his petition is filed."). Ms. Remmert does not and cannot allege that she is in custody. Accordingly, this action is DISMISSED. Ms. Remmert is directed to not file any further habeas petitions unless and

//

//

**United States District Court**
For the Northern District of California

1  until she is in custody *and* has exhausted all of her state remedies.

2  **IT IS SO ORDERED.**

4  Dated: March 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0824\orderdismissingpetition.wpd